Dear Division

I'm writing in Regards to the unfavorable conditions here at Jacksonville, C.C. There's mold in the Healthcare Unit, the Cafeteria, and the Housing Unit. The kitchen staff and inmates are not wearing safety mask while handling our meals on all shifts 1, 2, and 3. There's Covid-19 being spread through the compound as well. There's germed lint in the Air vents and the ceilings are caving in. When I arrived here I was given a pillow that was and still is in terrible condition. The inmates with 6 months or less are being prohibited from getting a job assignment and not able to get into a program as well.

I need your office to send me a I.F.P. form so I can file a 14th Amendment Right to a humane conditions of confinement here against (Warden) Cherryle Hinthorne. I'm seeking a monetary Relief claim on this matter.

Sincerely, Glen Robertson
R23433

Justin Cavette - R51419
Jacksonville C.C.
2268 E. Morton Ave,
Jacksonville, IL - 62650

Legal mail

Rock Island Division
322 16th Street, Suite 200
Rock, Island, IL - 61201